IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.                                                 CASE NO.: 1:04-CR-036-SPM

**GEORGE BETHEA,**

    Defendant.

_____/

## ACCEPTANCE OF GUILTY PLEA

**PURSUANT TO** the Report and Recommendation (doc. 24) of the United States Magistrate Judge, to which there have been no timely objections, and subject to the Court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(e)(2), the plea of guilty of the defendant, **GEORGE BETHEA,** to Count One of the indictment is hereby ACCEPTED. All parties shall appear before this Court for sentencing as directed.

    **DONE AND ORDERED** this <u>tenth</u> day of May, 2005.

                                       *s/ Stephan P. Mickle*
                                       Stephan P. Mickle
                                       United States District Judge

/pao