IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

                                                                                 ***UNDER SEAL***

v.                                                                       CASE NO.: 1:04-CR-036-SPM

**GEORGE BETHEA,**

    **Defendant.**

_____/

ORDER DISCHARGING PUBLIC DEFENDER AND
APPOINTING CJA COUNSEL

**THIS CAUSE** comes before the Court upon "Defendant's Motion for Substitution of Counsel" (doc. 27) filed July 29, 2005.  In support of the motion, the Office of the Public Defender advises that a conflict has arisen which precludes continued representation of Defendant.  The Public Defender has provided the name of a CJA attorney willing and able to take on this case.  For good cause shown, it is therefore

**ORDERED AND ADJUDGED** as follows:

1.    The motion to withdraw (doc. 27) is hereby *granted* and the Office of the Public Defender is discharged from this case.

2.    Lloyd Vipperman, PO Box 2133, Gainesvile, Florida 32602-2133,

(352) 377-3454, a member in good standing of the Florida Bar and the Northern District of Florida Bar, is hereby appointed to represent defendant at sentencing.

**DONE AND ORDERED** this <u>second</u> day of August, 2005.

<u>  s/ Stephan P. Mickle  </u>
Stephan P. Mickle
United States District Judge

/pao