UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**                                   ***UNDER SEAL***
                                         CASE NO.: 1:04-CR-036-SPM

**GEORGE BETHEA,**

    **Defendant.**

_____/

### ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon the "Motion to Continue" (doc. 33) filed September 8, 2005, in which counsel cites the need for additional time for Defendant to cooperate with the Government, which is unopposed to the granting of the motion. The Government is unopposed to the granting of the motion.

Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.     The motion to continue (doc. 33) is *granted*.

2.     Sentencing is reset for **Tuesday, October 11, 2005** at 1*:30 pm* at

the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>eighth</u> day of September, 2005.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge

pao