IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

vs.                                                    CASE NO.: 1:04-CR-36-SPM

GEORGE B. BETHEA,

       Defendant.

_____/

## ORDER DENYING DEFENDANT'S SECOND MOTION TO REDUCE SENTENCE

**THIS CAUSE** comes before the Court upon the Defendant's Second Motion to Reduce Sentence (doc. 54), filed on August 21, 2009. For the reasons set forth in the Court's Order (doc. 53) denying the Defendant's prior Motion to Reduce Sentence (doc. 51), it is

**ORDERED AND ADJUDGED** that the Defendant's Second Motion to Reduce Sentence (doc. 54) is hereby *denied*.

**DONE AND ORDERED** this twenty-eighth day of August, 2009.

                             *s/ Stephan P. Mickle*
                             Stephan P. Mickle
                             Chief United States District Judge