UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.     CASE NO.: 1:04-CR-36-SPM

GEORGE B BETHEA,

    Defendant.
_____/

## ORDER DENYING MOTION TO REDUCE SENTENCE

This cause comes before the Court on Defendant's Fourth Motion for Reduction of Sentence Resulting From Changes In the Sentencing Guidelines (doc. 63). Defendant has filed several similar motions requesting the same relief (docs. 51, 54, 57), which the Court properly denied (docs. 53, 55, 58). For the reasons expressed in the Court's prior Orders, and as guideline amendments would not affect the Defendant's guideline calculations or his sentence, it is hereby ORDERED AND ADJUDGED that the Defendant's Motion to Reduce Sentence (doc. 63) is DENIED.

DONE AND ORDERED this <u>ninth</u> day of November, 2010.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        Chief United States District Judge